The People of the State of New York, Respondent, v. Gladys Kaye,
Appellant.— Judgment of the Court of Special Sessions of the City of New York,
Borough of Brooklyn [County of Kings], convicting the defendant of keeping a
disorderly house, maintaining a public nuisance, in violation of sections 1146 and
1530 of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky,
P. J., Johnston, Adel, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Henry West,
Appellant.— Judgment of the Court of Special Sessions of the City of New York,
Borough of Brooklyn [County of Kings], convicting the defendant of keeping a
disorderly house, maintaining a public nuisance, in violation of sections 1146 and
1530 of the Penal Law, modified by providing that the sentence be reduced to ten
days in the Workhouse, and, as thus modified, the judgment is unanimously
affirmed. Under the circumstances disclosed in this case, the punishment was
excessive. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

The People of the State of New York ex rel. Alfred De W. Mason and
Janet D. M. Slauson, Respondents, v. William Stanley Miller and Others,
as Tax Commissioners, Constituting the Board of Tax Commissioners, Appellants.
—In certiorari proceeding to review an assessment of real property defendants
appeal from a final order reducing the assessments from $132,000 to $80,000 for
the tax year of 1938, and the first half of the tax year of 1939. Order modified by
providing that the assessment for the year 1938 and the first half of the year
1939 be fixed in the sum of $80,000 for the land, and $20,000 for the improvements
— a total assessed valuation of $100,000; and, as thus modified, the order is unani-
mously affirmed, without costs. We are of opinion that the reduction in the land
assessment was too drastic. Present — Lazansky, P. J., Hagarty, Carswell, John-
ton and Adel, JJ.